IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LARON MCCLOUD, on behalf of himself and all others similarly situated, | § § § | CV NO. 5:14-CV-1011 |
| Plaintiff, | § § | |
| v. | § § | |
| MCCLINTON ENERGY GROUP, L.L.C. and JAYCAR ENERGY GROUP, L.L.C. d/b/a JAYCAR FRAC PLUGS, | § § § § § | |
| Defendants. | § § | |

ORDER GRANTING JOINT MOTION TO CHANGE VENUE

Before the Court is a Joint Motion to Change Venue filed by Plaintiff Laron McCloud, on behalf of himself and all others similarly situated, and Defendants McClinton Energy Group, LLC and Jaycar Energy Group, LLC d/b/a Jaycar Frac Plugs. (Dkt. # 10.) The Court finds that a transfer of this case to the Midland Division would promote the interests of justice and the convenience of parties and witnesses, especially in the light of the related case 7:14-CV-120, which was transferred to the Midland Division on November 14, 2014. The Court hereby orders the case transferred to the Midland Division. Further, in the interests of judicial efficiency and because this Court handles a docket in the Midland

1

Division, the Court orders that the case be transferred to this Court's Midland docket and consolidated with case 7:14-CV-120.

**IT IS SO ORDERED**.

**DATED**: San Antonio, Texas, February 20, 2015.

_____
David Alan Ezra
Senior United States Distict Judge