# United States District Court

Western District of Texas
Midland-Odessa Division
200 East Wall, Room 222
Midland, Texas 79701-5217

Jeannette Clack
Clerk of Court

(432) 686-4001

February 20, 2015

TO ALL ATTORNEYS OF RECORD

Re:   McCloud v. McClinton Energy Group, LLC, et al

Dear Attorneys:

This is to advise you that the above captioned case has been transferred from the United States District Court, Western District of Texas, San Antonio Division, and received on February 20, 2015.

The case has been given case number MO-15-CV-019, and assigned to the Honorable David A. Ezra.

PLEASE NOTE THIS CASE HAS BEEN CONSOLIDATED WITH MO-14-CV-120, AND WILL NOW BE THE MEMBER CASE TO MO-14-CV-120, ALL DOCKETING AND FILING OF PLEADINGS WILL TAKE PLACE IN THE LEAD CASE MO-14-CV-120 FROM THIS POINT ON.

Sincerely,

JEANNETTE CLACK, Clerk

By: _____
Deputy Clerk